**Martha GRAY, Plaintiff—Appellant,**

v.

**RICHMOND PUBLIC SCHOOLS,
Defendant—Appellee.**

No. 05–1501.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 30, 2005.

Decided: Nov. 4, 2005.

186 ■■■■■■■■■

Martha Gray, Appellant Pro Se. Stephanie Ploszay Karn, Mcguirewoods, L.L.P., Richmond, Virginia, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martha Gray appeals the district court's order granting summary judgment in favor of the defendant in her Title VII action in which she alleged age discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gray v. Richmond Pub. Sch.,* No. CA-04-692-3 (E.D.Va. Apr. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*